# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| "JANE DOE" on behalf of herself and similarly situated others, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and KATHLEEN SEBELIUS in her official capacity as Secretary of the United States Department of Health and Human Services <br><br> Respondents. | Civil Action No. 14-0366 <br><br> **AFFIDAVIT OF SERVICE** <br><br> (Filed Electronically) |

I, James R. Marsh, hereby declare that on the 18th day of March, 2014, I caused to be mailed a copy of the summons and complaint, certified mail return receipt requested, to the following:

1. the United States Department of Health and Human Services,

2. Kathleen Sebelius in her official capacity as Secretary of the United States Department of Health and Human Services,

3. the United States Attorney for the District of Columbia, and

4. the Office of the Attorney General of the United States.

Attached hereto are the certified mail receipts and green cards acknowledging service.

Dated:  April 30, 2014

        Respectfully submitted,

        MARSH LAW FIRM PLLC

        By_____/s/_____
        James R. Marsh
        Bar ID: 436448
        P.O. Box 4668 #65135
        New York, NY 10163-4668
        Telephone / Fax: (212) 372-3030
        Email: jamesmarsh@marshlaw.us







| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] □ Agent □ Addressee<br>B. Received by (Printed Name) [Lauren] C. Date of Delivery 3-24-14 |
| 1. Article Addressed to:<br><br>US DEPT OF HEALTH & HUMAN SERVICES<br>ROOM 639G<br>200 INDEPENDENCE AVE SW,<br>WASHINGTON, DC 20201 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>3. Service Type<br>□ Certified Mail □ Express Mail<br>□ Registered □ Return Receipt for Merchandise<br>□ Insured Mail □ C.O.D.<br>4. Restricted Delivery? (Extra Fee) □ Yes |
| 2. Article Number (Transfer from service label) | 7012 2210 0001 8748 5846 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STAT                                          /lail
                                                     ees Paid

                                                     3-10

00101 0010447253  

• Sender: Please print your name, address, and ZIP+4 in this box

JAMES MARSH
P.O. Box 4668 # 65135
NEW YORK, NY 10163-4668

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY FOR DC
ATTN: CIVIL PROCESS CLERK
555 4th STREET NW
WASHINGTON, DC 20530

2. Article Number (Transfer from service label)

7011 0470 0003 2456 7029

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

MAR 21 2014

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

UN

00101 0010446509



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JAMES MARSH
P.O. BOX 4668 # 65135
NEW YORK, NY 10163-4668

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *Lawlean*  C. Date of Delivery: 3-24-14<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>KATHLEEN SEBELIUS<br>SECRETARY<br>US DEPT OF HEALTH & HUMAN SERVICES<br>ROOM 639G<br>200 INDEPENDENCE AVE SW<br>WASHINGTON DC 20201 | 3. Service Type<br>☐ Certified Mail®   ☒ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 1710 0000 0026 8882 |

PS Form 3811, July 2013     Domestic Return Receipt

UNITED STATES ~~POSTAL~~

~~ail~~
~~es Paid~~
~~10~~

• Send   00101 0010447245

~~address, and ZIP+4® in this box•~~

JAMES MARSH
P.O. BOX 4668 - # 65135
NEW YORK, NY 10163 - 4668

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S OFFICE OF ATTORNEY GENERAL<br>DEP. OF JUSTICE<br>ROOM B103950<br>PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 2 1 2014<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 0470 0003 2456 7012 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES POSTAL SERVICE 

• Sender: Ple  00101 0010446510

..., and ZIP+4 in this box •

JAMES MARSH
P.O. BOX 4668 - #65135
NEW YORK, NY 10163-4668