**TABLE OF AUTHORITIES**

**CASES** **Page(s)**

*Adams v. Richardson*,
351 F.Supp. 636 (D.D.C. 1972) ....25

*Adarand Constructors, Inc. v. Pena*,
515 U.S. 200 (1995) ....19

*Alexander v. Sandoval*,
532 U.S. 275 (2001) ....9

*Am. Ass'n of Retired Persons v. E.E.O.C.*,
655 F. Supp. 228 (D.D.C. 1987) ....22

*Am.'s Cmty. Bankers v. F.D.I.C.*,
200 F.3d 822 (D.C. Cir. 2000) ....18

*Animal Legal Def. Fund, Inc. v. Glickman*,
154 F.3d 426 (D.C. Cir. 1998) ....18

*Anthony List v. Driehaus*,
2014 WL 2675871 (U.S. June 16, 2014) ....16

*Atl. Tele-Network, Inc. v. Inter-Am. Dev. Bank*,
251 F.Supp.2d 126 (D.D.C. 2003) ....8

*AT&T v. FCC,*
349 F.3d 692 (D.C. Cir. 2003) ....13

*Bell Atl. Corp v. Twombly*,
550 U.S. 544 (2007) ....8

*Better Gov't Ass'n v. Dep't State*,
780 F.2d 86 (D.C. Cir. 1986) ....13, 14

*Bolling v. Sharpe*,
347 U.S. 497 (1954) ....26

*Block v. Meese,*
793 F.2d 1303 (D.C. Cir. 1986) ....27, 28

*Branton v. FCC*,
993 F.2d 906 (D.C. Cir. 1993) ....15

*Brown v. Barry*,
710 F.Supp. 352 (D.D.C. 1989) ....15

*Brown v. Board of Education*,
347 U.S. 483 (1954) ... 2, 15, 29

*Buckley v. Valeo*,
424 U.S. 1 (1976) ... 26

*Cannon* v. *Univ. of Chicago*,
441 U.S. 677 (1979) ... 8

*Center for Biological Diversity v. Kempthorne*,
588 F.3d 701 (9th Cir. 2009) ... 14

*Chadmore Communs., Inc. v. FCC*,
113 F.3d 235 (D.C. Cir. 1997) ... 12

*Chamber of Commerce of U.S. v. Reich*,
74 F.3d 1322 (D.C. Cir. 1996) ... 26

*Chandler v. Miller*,
520 U.S. 305 (1997) ... 17

*City of Houston v. Department of Housing and Urban Development*,
24 F.3d 1421 (D.C. Cir. 1994) ... 13

*Clapper v. Amnesty Int'l USA*,
133 S. Ct. 1138 (2013) ... 16

*Clark v. Library of Cong.*,
750 F.2d 89 (D.C. Cir. 1984) ... 26

*Consol. Rail Corp. v. United States,*
896 F.2d 574, 577 (D.C. Cir. 1990) ... 13

*Consumer Fed'n of Am. v. FCC*,
348 F.3d 1009 (D.C. Cir. 2003) ... 18

*Cort v. Ash*,
422 U.S. 66 (1975) ... 25

*Council of and for the Blind of Delaware County, Inc. v. Regan*,
709 F.2d 1521(D.C. Cir. 1982) ... 23, 24

*Craig v. Boren*,
429 U.S. 190 (1976) ... 23

*Disability Rights Council of Greater Washington v. D.C.*,
2005 WL 513495 (D.D.C. Mar. 3, 2005) ... 17

*Douglas v. City of Jeannette*,
319 U.S. 157 (1943)....................28

*Empagran S.A. v. F. Hoffman-LaRoche, Ltd.,*
315 F.3d 338 (D.C. Cir. 2003)....................7

*FCC v. League of Women Voters*,
468 U.S. 364 (1984)....................28

*Florida Audobon Soc'y v. Bentsen,*
94 F.3d 658 (D.C. Cir. 1996)....................16

*Fronteiro v. Richardson*,
411 U.S. 677 (1973)....................23

*FTC v. Ken Roberts Co.*,
276 F.3d 583 (D.C. Cir. 2001)....................10

*Gratz v. Bollinger*,
539 U.S. 244 (2003)....................19

*Green v. Connally*,
330 F.Supp. 1150 (D.D.C. 1971)....................25

*Green v. Kennedy*,
309 F.Supp. 1127 (D.D.C. 1970)....................25

*Hygrade Provision Co*. v. *Sherman*,
266 U.S. 497 (1925)....................28

*In re Am. & Idaho Rivers United*,
372 F.3d 413 (D.C. Cir. 2004)....................20

*In re Cheney*,
406 F.3d 723 (D.C. Cir. 2005)....................8

*In re Ctr. For Auto Safety*,
793 F.2d 1346 (D.C. Cir. 1986)....................22

*In re International Chemical Workers Union*,
958 F.2d 1144 (D.C. Cir. 1992)....................20

*Janko v. Gates*,
741 F.3d 136 (D.C. Cir. 2014)....................10

*Kreschollek v. Southern Stevedoring Company*,
78 F.3d 868 (3rd Cir. 1996)....................14

*Laird v. Tatum*,
408 U.S. 1 (1972)....................................................................................................28

*Legal Services Corp. v. Velazquez*,
531 U.S. 533 (2001)................................................................................................28

*Lujan v. Defenders of Wildlife,*
504 U.S. 555 (1992)...........................................................................................15, 17

*Macharia v. United States*,
357 U.S. App. D.C. 223 (D.C. Cir. 2003) ..................................................................8

*Mashpee Wampanoag Tribal Council v. Norton*,
336 F.3d 1094 (D.C. Cir. 2003)...............................................................................23

*Nat'l Park Hospitality Ass'n v. Dep't of the Interior*,
538 U.S. 803 (2003)................................................................................................15

*National Public Radio, Inc. v. F.C.C.,*
254 F.3d 226 (D.C. Cir. 2001)..................................................................................10

*Nat'l Wrestling Coaches v. Dep't of Education*,
366 F.3d 930 (D.C. Cir. 2004)....................................................................................9

*Nebraska Press Ass'n. v. Stuart*,
427 U.S. 539 (1976)................................................................................................28

*Payne Enters., Inc. v. United States,*
837 F.2d 486 (D.C.Cir.1988)....................................................................................13

*PCHRG v. FDA*,
740 F.2d 21 (D.C. Cir. 1984).....................................................................................8

*Plain Dealer Publ'g Co. v. U.S. Dep't of Labor*,
471 F. Supp. 1023 (D.D.C. 1979) ............................................................................17

*Potomac Electric Power Company v. ICC*,
702 F.2d 1026 (D.C. Cir. 1983)...............................................................................21

*Rasul v. Myers*,
512 F.3d 644 (D.C. Cir. 2008)..................................................................................10

*Regional Rail Reorganization Cases*,
419 U.S. 102 (1974)...........................................................................................14, 15

*Ripon Soc'y v, National Republican Party*,
525 F.2d 567 (D.C. Cir. 1975)...........................................................................16, 23

*Riva v. Massachusetts*,
61 F.3d 1003 (1st Cir. 1995) ....................14

*Russello v. United States*,
464 U.S. 16 (1983)....................11

*Scenic America v. U.S. DOT*,
2013 WL 5745268 (D.D.C. Oct. 23, 2013)....................9

*Sea-Land Serv., Inc. v. Alaska R.R.*,
659 F.2d 243 (D.C. Cir. 1981)....................26

*South Dakota v. Dole,*
483 U.S. 203 (1987)....................1

*Steffel v. Thompson*,
415 U.S. 452 (1974)....................24

*Swan v. Clinton*,
100 F.3d 973 (D.C. Cir. 1996)....................8

*Telecommunications Research & Action Ctr. v. F.C.C.*,
750 F.2d 70 (D.C. Cir. 1984)....................19

*Terrace v. Thompson*,
263 U.S. 197 (1923)....................28

*Tucker v. Branker*,
142 F.3d 1294 (D.C. Cir. 1998)....................26

*Washington Legal Foundation v. Alexander,*
984 F.2d 483 (D.D.C. 1993)....................9

*Women's Equity Action League v. Cazavos*,
906 F.2d 742 (D.C. Cir. 1990)....................8

*U.S. v. Virginia*,
518 U.S. 515 (1996)....................23

*U.S. v. Butler*,
297 U.S. 1 (1936)....................1

*U.S. v. Morrison*,
529 U.S. 598 (2000)....................1

*U.S. v. American Library Ass'n*,
539 U.S. 194 (2003)....................1

**STATUTES** **Page(s)**

5 U.S.C. § 702 ..........26

20 U.S.C. § 106.31(b)(1) ..........3

20 U.S.C. § 1092(14)(A)(i) ..........9

28 U.S.C. § 2201 ..........14

**RULES AND REGULATIONS** **Page(s)**

34 C.F.R. 100.7(c) ..........5, 8

34 C.F.R. 106 ..........5

Fed. R. Civ. P. 12(b)(6) ..........7

**MISCELLANEOUS** **Page(s)**

*Activists applaud White House effort to fight campus rapes*, Washington Post, January 25, 2014 (http://wapo.st/1lzT57H) ..........6

Antonin Scalia, *The Doctrine of Standing as an Essential Element of the Separation of Powers*, 17 Suffolk U. L. Rev. 881, 894 (1983) ..........18

*Bush administration taken to task over Title IX record,* Los Angeles Times, June 20, 2007 (http://lat.ms/1lzSKSs) ..........6

*Dear Colleague Letter,* UNITED STATES DEPARTMENT OF EDUCATION (April 4, 2011) (http://1.usa.gov/1pef2x8) ..........20, 21

Du Mont, J., K.L. Miller, and T.L. Myhr. "*The Role of 'Real Rape' and 'Real Victim' Stereotypes in the Police Reporting Practices of Sexually Assaulted Women,"* Violence Against Women 9 (April 2003) ..........27

*Not Alone, The First Report of the White House Task Force to Protect Students from Sexual Assault* (April 2014) (http://1.usa.gov/1kLK8rV) ..........4

U.S. Department of Education Releases List of Higher Education Institutions with Open Title IX Sexual Violence Investigations (May 1, 2014) (http://1.usa.gov/1jxdHgY) ..........4